**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-24114-CIV-ALTONAGA**

**HAYDEN R. WOOSTER**,

 Plaintiff,

v.

**E. MORTGAGE CAPITAL, INC.**,

 Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on Defendant, E. Mortgage Capital, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint [ECF No. 5], filed on June 19, 2026.  Defendant indicates that the parties continue to engage in settlement discussions and hope to resolve the matter before consuming further judicial and party resources.  (*See generally id.*).  Being fully advised, it is

 **ORDERED AND ADJUDGED** as follows:

 1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

 2.  If the parties fail to complete the expected settlement, either party may, by motion, request the Court to reopen the case within sixty (60) days of the date of this Order.

 3.  The June 12, 2026 Orders [ECF Nos. 3, 4] are **SET ASIDE**.

 4.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

CASE NO. 26-24114-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 22nd day of June, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record